# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| QUINTON LATRELL PARRISH,<br><br>　　Plaintiff,<br><br>v.<br><br>BAHAMA BOB'S BEACHSIDE CAFE, INC., et al.,<br><br>　　Defendants. | CIVIL ACTION NO.: 1:17-cv-00367-KD-N |

## STIPULATED FINAL JUDGMENT

In accordance with the Order entered this date, approving the parties' Settlement Agreement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, it is ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff Quinton Latrell Parrish and against Defendant Bahama Bob's Beachside Café, Inc. in the total amount of $4,691.40, allocated as follows:

　　a. To Plaintiff Quinton Latrell Parrish, the sums of $199.20 in back pay and $199.20 in liquidated damages for a total of $398.40.

　　b. To Plaintiff's counsel, the sum of $4,293.00 in attorney's fees and costs.

2. This action is DISMISSED with prejudice as to Defendants Stephen W. Spellman, Jr., Frank B. Merrill, Jr. and Robert Murphy.

DONE this _____ day of February, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE